# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ELIAS KAZAN,**

Appellant/Cross-Appellee,

v.

**RANIA HACHACHE,**

Appellee/Cross-Appellant.

No. 4D19-3548

[September 15, 2021]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 502016DR006769XXXXNB.

Christopher R. Jette of Eisenberg & Fouts, P.A., West Palm Beach, for appellant/cross-appellee.

Stuart R. Manoff of Manoff Mediation, LLC, Palm Beach Gardens, for appellee/cross-appellant.

PER CURIAM.

This is a timely appeal and cross appeal from a final judgment dissolving the parties' marriage, distributing their marital assets and liabilities, awarding alimony to the former wife, and establishing the parties' timesharing arrangement with their two minor children, including the amount of child support to be paid to the former wife by the former husband. We affirm as to all issues raised on appeal and cross-appeal, except as to an error in the child support award.

The trial court adopted child support worksheets that calculated the former husband's child support obligations. However, these worksheets calculated the child support award based on the former wife having 205 overnights per year with the parties' minor children and the former husband having 160 overnights per year with them, when instead the award should have been based on the former wife having 201 overnights and the former husband having 164 overnights. The former wife confesses that the trial court applied the incorrect number of overnights in calculating the child support award for all relevant post-judgment time

periods. Thus, the child support award for all time periods must be recalculated based on the correct number of overnights the parties will enjoy with the minor children per year.

Accordingly, we affirm on all issues, except as to the child support award in the final judgment. On remand, the trial court shall recalculate the child support award for all relevant time periods based on the former wife having 201 overnights per year with the minor children and the former husband having 164 overnights per year with them.

*Affirmed in part, reversed in part, and remanded with instructions.*

FORST, KLINGENSMITH and ARTAU, JJ., concur.

\* \* \*

**Not final until disposition of timely filed motion for rehearing.**